# EXHIBIT 1

SS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

BRADLEY T. PETERSON,
PLAINTIFF,

F I L E D

JAN 08 2024

CLERK'S OFFICE
DETROIT

CASE NO: 23-CV-11401
HON: DAVID M. LAWSON,
VS.         HON: DAVID R. GRAND.

JOHN DOW, ET al,
STATE OF MICHIGAN,
CITY OF WOODHAVEN,
DEFENDANTS,

THE PLAINTIFFS MOTIONS AND
REQUESTS FOR A JURY TRIAL
OR APOLOGIZE FROM DEFENDANTS
DUE TO DECEMBER 15, DEPOSITION
EVIDENCE HEARINGS - FACTS -
EXHIBITS IN CIVIL CASE

NOW COMES THE ABOVE PLAINTIFFS
MOTIONS AND REQUEST AS FOLLOWS.

1) THE PLAINTIFF IN GOOD FAITH
FILED U.S CIVIL LAWSUITS

AGAINST THE DEFENDANTS WHO
ARE IN A POSITION OF AUTHORITY
U.S WHITE POWER - IN CASE.

2) THE PLAINTIFFS MOTIONS AND
REQUESTS FOR A JURY TRIAL OR
APOLOGYS - FROM DEFENDANTS IS
DONE IN GOOD FAITH IN CASE.

3) THE PLAINTIFF FILED U.S CIVIL
LAWSUITS CAUSE OF U,S CIVIL RIGHTS
VIOLATIONS -U.S CONSTITUTIONAL -
VIOLATIONS -BIAS -DISCRIMINATION,
RACISM, REPRISALS AND MALICOUS
PROSECUTIONS, IN CASE,

4) THE PLAINTIFF IN GOOD FAITH
UPON DECEMBER 15 ,2023 - WITH
DEFENDANTS IN DEPOSITION
HEARINGS - PROVIDED RECORD
EVIDENCE - EXHIBIT - FACTS IN
CIVIL COMPLAINTS AND CASE.

5) THE PLAINTIFFS DECEMBER 15,
2023 - DEPOSITION HEARINGS
EVIDENCE - FACTS PROVIDED TO
THE DEFENDANTS IN EXHIBIT 9)
SHOWS THE CAUSE AND REASONS
OF U.S PUBLIC PROTESTS IN CIVIL
NOVEMBER 23, 2022 - COMPLAINTS
AND CASE.

NOTE: EXHIBIT 9) NOVEMBER 28 -
2018 - SHANE MACINTYRE, COURT
TESTIMONY - JULY 2, 2019 - ENTRY
OF DEFAULT JUDGMENT CLAIMS
AGAINST DEFENDANTS IN CASE.

6) THE PLAINTIFFS DECEMBER 15 -
2023 - DEPOSITION HEARINGS IN
EVIDENCE - FACTS PROVIDED TO THE
DEFENDANTS IN EXHIBIT 8] DOSE
SHOW - CITY OF WOODHAVEN AND
DEFENDANTS - DOUBLE JEOPARDY -
INVOICE - $25. OCT 31 - 2023 - PAID
NOVEMBER 23 - 2022 - TICKETS IN
SAME EXACT CIVIL CASE.

NOTE: OCT 31 - 2023 - PAYMENT WAS
PAID UNDER DURESS - FEAR AND

3

THREATS BY DEFENDANTS IN U.S
CIVIL CASE, ALTHOUGH INVOICE
#25 - TICKET - IS DOUBLE JEOPARDY
IN CASE.


7) THE PLAINTIFFS DECEMBER 15-2023-
DEPOSITION HEARINGS HELD IN
EVIDENCE - FACTS EXHIBIT - 17 DID
SHOW THE DEFENDANTS MAY 10 -
2023 - FALSE - UNTRUE - ISSUED -
DEFAULT JUDGMENT CLAIMS AND
MAY 31, 2023 - ORDER GRANTING THE
DEFENDANTS MOTIONS TO DISQUALIFY
JUDGE - MICHAEL K. MCNALLY. COURT.
IN CIVIL CASE.

NOTE: THE PLAINTIFF CAUSE OF
DEFENDANTS - MALICOUS PROSECUTIONS
REPRISALS - FALSE DEFAULT CLAIMS
HAD MENTAL - PHYSICAL BREAK-
DOWNS - SEIZURES - SUICIDAL AND
HOMICIDAL THOUGHTS IN CASE.

8) THE PLAINTIFFS DECEMBER 15, 2023 - DEPOSITIONS HELD EVIDENCE AND FACTS IN EXHIBIT 21 NOTICE TO APPEAR - - A CHANGE OF VENUE IN CIVIL CASES BY DEFENDANTS TO THE 27TH - DISTRICT COURTS -

9) THE PLAINTIFFS DECEMBER 15 - 2023 - DEPOSITIONS HELD - PROVIDED THE DEFENDANTS WITH EVIDENCE - FACTS OVER - WHELMING FOR A JURY TRIAL AND PATTERN OF REPRISALS AND MALICOUS PROSECUTIONS - IN CASE.

10) THE PLAINTIFFS MOTIONS - REQUESTS FOR DEFENDANTS APOLOGYS OR A JURY TRIAL SHOULD BE GRANTED IN THIS U.S CIVIL CASE.

WHERE FORE PLAINTIFFS MOTIONS REQUEST SHOULD BE HEARD,

RESPECTFULLY SUBMITTED.

BRADLEY T. PETERSON
75 - WALNUT - STREET
BELLEVILLE - MI 48111

JANUARY 8 / 2024 -

5

# FACTS IN CASE

THE DEFENDANTS UPON APRIL
12, 2017 - INCIDENT OF EVENTS
KNOWINGLY ALLOWED AND
IGNORED JUNKNOWN U.S
33RD DISTRICT COURT WHITE-
EMPLOYEES TO TAMPER WITH-
STATE OF MICHIGAN LEGAL
VIDEO-TAPE-EVIDENCE- AND
OBSTRUCT JUSTICE - INSIDE THE
CITY OF WOODHAVEN COURTHOUSE
IN CIVIL CASE - EXIBIT 97 DOSE
SHOWS - AND THE PLAINTIFF U.S
PUBLIC PROTESTS NOVEMBER 23 -
2022 - AGAINST DEFENDANTS - IS
CAUSE OF APRIL 12, 2017 - EVENTS
IN CASE -

THE PLAINTIFF FILED U.S CIVIL
LAWSUITS IN GOOD-FAITH CAUSE
OF DEFENDANTS - REPRISAL'S -
BIAS - DISCRIMINATIONS - MALICOUS -
PROSECUTIONS - U.S CONSTITUTIONAL-
CIVIL RIGHTS VIOLATIONS IN
THIS CASE - NOVEMBER 23 - 2022 -
U.S PUBLIC PROTEST INCIDENT
OF EVENTS - EXIBIT 87 SHOWS

THAT THE DEFENDANTS ISSUED
CITY OF WOODHAVEN - STATE OF
MICHIGAN - INVOICE OF $125.
FINES - FEES - FOR SAME EXACT
NOVEMBER 23, 2022 - TICKETS - IN
U.S CIVIL CASE NO: 23-11401 - -
THAT IS DOUBLE JEOPARDY AND
SHOULD NOT BE IGNORED BY THE
U.S FEDERAL COURTS IN CASE
OR BY THE DEFENDANTS -

THE PLAINTIFFS EVIDENCE AND
FACTS OF RECORD IN EXHIBIT 1)
SHOWS DEFENDANTS UNTRUE AND
FALSE - MAY 10, 2023 - ISSUED
DEFAULT JUDGMENT CLAIMS AND
MAY 31, 2023 - ORDERS MOTIONS TO
DISQUALIFY CITY OF WOODHAVEN
33RD DISTRICT COURTS IN CIVIL
CASES - AND EVIDENCE IN EXHIBIT
1) DEFENDANTS NOTICE TO APPEAR
SHOWS THE CHANGE OF VENUE
IN U.S CIVIL CASES.

THE PLAINTIFF CAUSE OF THE
DEFENDANTS IN CIVIL CASES
SUFFERS MENTAL - PHYISCAL

7

BREAK-DOWNS-SEIZURES-RAGE-
DEPRESSION-SUICIDAL-HOMICIDAL
THOUGHTS-IN CASES.

THE PLAINTIFF IS OLD-SICK AND
MENTALLY TIRED OF DEFENDANTS
IGNORING-EVIDENCE-FACTS IN
CIVIL COMPLAINTS-AND REQUESTS
APOLOGYS OR A JURY TRIAL IN
CIVIL CASE.

WHERE FORE, PLAINTIFFS MOTIONS
AND REQUEST SHOULD BE GRANTED.

RESPECTFULLY SUBMITTED,

JANUARY 8/2023-

BRADLEY T. PETERSON
75-WALNUT STREET
BELLEVILLE-MI 48111

8

## PROOF OF SERVICE

I, BRADLEY T. PETERSON, SWEAR
UNDER THE PENALITY OF PERJURY
THAT ALL STATE-MENTS MADE ARE
TRUE-CORRECT-FACTS-IN MOTIONS-
REQUESTS-AND HAND DELIVERD TO
U.S FEDERAL COURT CLERKS OFFICE-
DETROIT MI ON JANUARY 8/2024-
AND TRUE COPY OF SAME GIVEN SENT
IN U.S MAIL TO ALL PARTYS,


RESPECTFULLY SUBMITTED,


JANUARY 8 /2024.

BRADLEY T. PETERSON
75-WALNUT STREET
BELLEVILLE-MI 48111

1                    STATE OF MICHIGAN

2        THIRD JUDICIAL CIRCUIT COURT - CRIMINAL DIVISION

3

4    THE PEOPLE OF THE STATE OF MICHIGAN,

5          v                           File No. 18-007293-01

6    BRADLEY THOMAS PETERSON,

7                    Defendant.

8    _____/

9

10                        PRETRIAL

11          BEFORE THE HONORABLE DONALD KNAPP

12          Detroit, Michigan - November 28, 2018

13

14   APPEARANCES:

15   For the People:    KURT KONING, ATTY. (P78227)
                        Assistant Prosecuting Attorney
16                      1441 St. Antoine
                        Detroit, Michigan  48226
17                      313-224-5777

18

19   For Defendant:     MARK BROWN, ATTY. (P39562)
                        645 Griswold Street
20                      Suite 972
                        Detroit, Michigan  48226
21                      313-999-0150

22

23   REPORTED BY:  Rochelle Waldrip, CSR 1299
                   Official Court Reporter

24

25                               EXHIBIT 1

Ex# 9
DEPOSITION
EXHIBIT
SW  12/5/23

1                     TABLE OF CONTENTS

2

3    WITNESSES:  PEOPLE                                    PAGE

4    SHANE MACINTYRE

5       Direct Examination by Mr. Koning                     6

6       Cross-Examination by Mr. Brown                      13

7       Redirect Examination by Mr. Koning                  19

8       Recross-Examination by Mr. Brown                    20

9    WITNESSES:  DEFENDANT

10   None

11

12   EXHIBITS:                          IDENTIFIED  RECEIVED

13   None

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        Detroit, Michigan

 2                        Wednesday, November 28, 2018

 3                        At 8:57 a.m.

 4                             - - -

 5              THE CLERK:  For the record calling People

 6     versus Bradley Peterson.  This is Case 18-7293.  This

 7     matter is a pretrial.

 8              MR. KONING:  Kurt Koning appearing on behalf of

 9     the People.

10              MR. BROWN:  May it please the court, Mark Brown

11     appearing on behalf of Mr. Peterson who's seated to my

12     right.

13              THE COURT:  All right.  Uh, good morning,

14     Mr. Peterson, Mr. Brown and Mr. Koning.

15              MR. BROWN:  Good morning, Judge.

16              THE DEFENDANT:  Good morning.

17              THE COURT:  Are you ready, Mr. Koning?

18              MR. KONING:  Yes, Judge.

19              Your Honor, just, uh, for purposes of the

20     record, um, the reason why we're here today is, um,

21     defense counsel brought up an issue about, uh, the video

22     in this particular case.  There is a surveillance video

23     capturing, uh, a portion of what's contained in the

24     allegations on April the 12th, 2017 in front of the 33rd

25     District Court in Woodhaven.  Uh, the issue is about a
```

1    surveillance cameras.

2          And, uh, the, the concern I understand, and

3    defense counsel can correct me if I'm wrong, is that,

4    uh, the camera follows a fairly regular pattern and then

5    stops following the regular pattern for a certain

6    portion that are, uh, relevant to the allegations in

7    this case, and then they go back to following the

8    regular pattern.

9          What we have here today is, uh, excuse me, uh,

10   Shane MacIntyre who's the Systems Administrator for the

11   District Court, uh, who can perhaps shed some light on

12   this issue.

13         Um, I know defense counsel mentioned getting an

14   expert to look at this himself and, uh, we figured as a

15   preliminary matter, uh, just to shine the brightest

16   light on the issue that we can at present, uh, to have

17   Mr. MacIntyre take the stand and give whatever

18   explanation he can for what's contained in the video.

19         THE COURT:  Okay.

20         MR. KONING:  Counsel, am I correct on that?

21         MR. BROWN:  Yes, sir.  That's fine.

22         That's fine with me, Judge.  Thank you.

23         MR. KONING:  So at this time the People would

24   call Shane MacIntyre.

25         THE COURT:  He's gonna be the only witness,

4

```
 1      right?

 2                  We're not -- we don't need to --

 3                  MR. KONING:  For purposes --

 4                  THE COURT:  -- sequester --

 5                  MR. KONING:  -- of this hearing --

 6                  THE COURT:  -- anybody.

 7                  MR. KONING:  -- I don't think we --

 8                  THE COURT:  All right.

 9                  MR. KONING:  Yeah.

10                  THE COURT:  Okay.

11                  All right.  Will you please raise your right

12      hand.

13                  Do you solemnly swear or affirm the testimony

14      you're about to give is the truth, the whole truth, and

15      nothing but the truth, so help you God?

16                  MR. MACINTYRE:  I do.

17                  THE COURT:  All right.  Could you please state

18      your name for the record and spell it.

19                  MR. MACINTYRE:  Shane MacIntyre.

20                  Shane MacIntyre, S-H-A-N-E M-A-C-I-N-T-Y-R-E.

21                  THE COURT:  All right.  Now, sir, um, you want

22      to face the prosecutor for the moment.

23                  MR. MACINTYRE:  Sure.

24                  THE COURT:  Pull the microphone close up to

25      you.
```

```
1              You're gonna be asked a series of questions.

2       Please make sure everybody can hear you.

3              Please wait until the question is fully asked

4       before you respond.  We can only have one person talking

5       at a time.

6              Um, try to avoid our natural tenancy for

7       nonverbal communication, shrugs of the shoulder, nods of

8       the head.

9              MR. MACINTYRE:  Okay.

10             THE COURT:  Those don't translate into the

11      record as well as un-huhs, un-uns.

12             And if there's an objection, please stop

13      talking until it's resolved, okay.

14             MR. MACINTYRE:  Yes.

15             THE COURT:  All right.  Go ahead, Mr. Koning.

16                      SHANE MACINTYRE

17             (At 8:59 a.m. sworn as a witness, testified as

18      follows)

19                     DIRECT EXAMINATION

20   BY MR. KONING:

21   Q   Good morning, sir.

22   A   Good morning.

23   Q   Could you please state your name one more time for the

24       record?

25   A   Shane MacIntyre.
```

1    Q    And how are you employed, sir?

2    A    I'm the Systems Administrator for the 33rd District

3         Court in Woodhaven.

4    Q    All right.  And, uh, what are the, uh, general

5         day-to-day duties of a systems administrator like

6         yourself?

7    A    I maintain the computer network for all of the computer

8         systems, the video systems.  Anything that's a system.

9    Q    Okay.  Uh, I wanna ask you if there are, if you know,

10        are there cameras affixed to the front of the 33rd

11        District Courthouse?

12   A    Yes, there is.

13   Q    And did you know how many cameras there are?

14   A    There's one camera in the front at the front entrance.

15   Q    Okay.  And the camera at the front entrance, does it

16        operate the same way today, uh, as it did back in April

17        of 2017, if you know?

18   A    Yes.

19   Q    Okay.  Were you still the systems administrator at that

20        time?

21   A    Yes.

22   Q    Now, um, I'm gonna show -- there's gonna be a video, uh,

23        up on the screen behind you.  Um, I'm gonna start

24        playing it and I'm gonna -- and I'll, I'll stop it at

25        certain points to ask you questions.

```
 1                    That sound fair?

 2   A    Yes.

 3   Q    Okay.  Um, I'm going be playing the video from, uh, it

 4        states on the bottom 10:01 and 25 seconds a.m.

 5                    (Video played)

 6   Q    Now, sir, would you agree that the cameras is, uh,

 7        panning to different portions of the front of the

 8        courthouse?

 9   A    Yes.

10   Q    Okay.  Is this something that happens, uh, automatically

11        or does it -- is there somebody manning a camera to make

12        it move in this way?

13   A    It happens automatically.

14   Q    Okay.

15                    MR. BROWN:  Well --

16   BY MR. KONING:

17   Q    If you know, how many, uh, different areas does it, uh,

18        cycle through?

19   A    I think it, it's nine, nine areas, I think.

20                    (Video played)

21   Q    Now, pausing the video at 10:02 and 31 seconds.

22                    Is the portion that you've seen so far, does it

23        appear to be going through its normal cycle --

24   A    Yeah.

25   Q    -- uh, of --
```

```
 1   A      Yes.

 2   Q      -- of frames?

 3          Okay.

 4               (Video played)

 5          Now, I'm pausing the video again at 10:02 and

 6   42 seconds.

 7          Would you agree that that portion of the video

 8   doesn't appear to be following the same ordinary

 9   progression of frames?

10   A      Yes.

11   Q      Do you have any idea how this might happen?

12   A      Yes.

13   Q      How might that happen?

14   A      Uh, there's, um, stations within the building that a

15   user can manipulate the camera.

16   Q      And, uh, do you know how the user might manipulate the

17   camera?

18   A      Uh, via a viewer and, um, mo -- a mouse and keyboard.

19   Q      Okay.  So if I have it right, the camera automatically

20   goes through a progression of areas that it, uh, records

21   for a certain number of seconds and then keeps moving,

22   but there is way in which somebody who's, uh, viewing

23   the video when it's live can manipulate the camera to

24   show a certain area?

25   A      Yes.
```

1   Q   Okay.  I'm gonna continue playing.  And I believe you

2       indicated that at 10:02:42 just before it started to

3       move in a way that would indicate that someone is

4       manipulating that camera?

5   A   Yes.

6   Q   Okay.  Do you have any idea who on this particular date

7       would be, um, manipulating the camera?

8            This would be, uh, the April 12th, 2017.

9   A   No, I don't.

10  Q   Might there be a way, uh, based on employee records, pay

11      stubs, to find out who might have been working on that

12      particular day that might have been working this camera?

13  A   There may be.

14  Q   Okay.  I'm going to continue playing the video at

15      10:02:42.

16              (Video played)

17  Q   Pause the video and go back a few seconds, sir.

18          Uh, sir, I'm gonna play the, I'm gonna play the

19      video starting at 10:02 and 32 seconds, uh, a.m.

20          If you can indicate, um, for the record, and

21      I'll pause it when you say, the points at which the

22      camera appears to be operating manually, uh, somebody's

23      controlling it and the point at which it's going through

24      it's automatic progressions.  Do you think you could do

25      that?

1    A    Yeah.

2    Q    Thank you.

3                        (Video played)

4    A    That was automatic.

5                 MR. BROWN:  Can you mark --

6                 THE COURT:  Excuse me.

7    BY MR. KONING:

8    Q    Uh, that the, the witness indicated it was moving

9         automatically, uh, at 10:02 and 35 seconds.

10                       (Video played)

11   A    And, and this is manual.

12   Q    All right.

13   A    Where, where the, where the camera arced, that sort arc,

14        that was a manual.

15   Q    All right.  I'm gonna go back just a couple of seconds.

16             If you can indicate when, uh, you believe it

17        switched from, uh, automatic operation to manual

18        operation.

19                       (Video played)

20   A    Right, right there.

21   Q    That would be 10:02 and 37 seconds for the record.

22             And, uh, once again, sir, I'm gonna play the

23        video.  And if you could indicate, uh, when you believe

24        based on your viewing of it, it switches back to an

25        automatic cycle.

117

1    A    Okay.

2              (Video played)

3    Ⓐ   Right there it switched back.

4    Q    For the record that's 10:03 and 29 seconds.

5              We'll keep playing it.

6              If you can indicate if there, if there is

7         another time where it appears to be operated manually as

8         opposed to automatically.

9              (Video played)

10   Ⓐ   Right there is manual.

11   Q    Okay.  That's, uh, for the record, 10:03 and 40 seconds.

12             Uh, so once again, uh, we'll play the video.

13        And, uh, if there's a time when it switches back to

14        automatic, if you could let the -- uh, let us know.

15             (Video played)

16   Ⓐ   It, it just switched back.

17   Q    For the record, 10:03 and 53 second.

18             Once again I'll play the video.

19             If you can indicate a time when it appears to

20        go back to a manual function.

21             (Video played)

22   Q    Um, I'm pausing the video at 10:05 and 14 seconds.

23             Um, I have no other questions of this witness

24        at this time.

25             MR. BROWN:  Your Honor.

```
1              THE COURT:  You got cross, Mr. Brown?

2              MR. BROWN:  Thank you.

3                      CROSS-EXAMINATION

4    BY MR. BROWN:

5    Q   Um, Mr. MacIntyre, um, I'm gonna ask you some questions.

6        I know a lot of times my questions don't really make

7        sense.  I know that.

8    A   Thank you.

9    Q   So, if they don't make sense to you, please let me know

10       and I'll try to rephrase it, okay.

11              Um, first of all, did you have anything to do

12       with the acquisition of the system that we're looking at

13       now?

14   A   The purchasing of the system?

15   Q   Yes, sir.

16   A   No.

17   Q   Okay.  Installation?

18   A   No.

19   Q   Okay.  What is your connection with this, the video

20       system?

21              I understand you're the systems administrator

22       who's a computer tech person, right?

23   A   Yes.

24   Q   Okay.  What is you -- what is your relationship with

25       this specific video system at the Woodhaven District
```

```
 1          Court?

 2    A     Um, I'm asked to save video segments of certain

 3          incidences.

 4    Q     Okay.  So that's like a function like, you know, if you

 5          save, you click save, save it to a disk or --

 6    A     Um-hum.

 7    Q     -- flash drive?

 8    A     For evidence, yeah.

 9    Q     I see.

10          So that's you, you have really no particular,

11          um, knowledge about this system; is that fair to say?

12    A     Well, I maintain the system.  I update the system, so.

13    Q     Okay.  Updating meaning you, you -- if you have, uh,

14          software updates to the --

15    A     Yes.

16    Q     Wait just one second.

17          You have software upstate -- updates to the,

18          um, what -- I don't -- the, um, mechanism that controls

19          the camera; is that fair to say?

20    A     Yes.

21    Q     Okay.  And, um, you said that there were a number of

22          stations that there could be independent manual control?

23    A     Yes.

24    Q     And where are those stations?

25    A     Um, there's one in my office, the court administrator's
```

```
1          office, the security pod, the security stations within

2          the three courtrooms.

3    Q     Okay.  So, one, two, three, four, five, six.  Six

4          different places?

5    A     Yes.

6    Q     All right.  And, um, that would be the -- you didn't do

7          this or did you?

8                You didn't --

9    A     I don't --

10   Q     -- under --

11   A     -- recall.  I, I -- no, I don't think I did, no.

12   Q     So you put the real -- the answer is you don't know?

13   A     I don't know.

14   Q     Okay.  And, uh, the -- who's the Court Administrator, do

15         you know?

16   A     Yeah.  Amy Zawacki.

17   Q     And the security pod --

18                MR. KONING:  Spell that.

19   BY MR. BROWN:

20   Q     If he -- do you know how to spell Zawacki?

21   A     Yeah.  Z-A-W-A-C-K-I.

22   Q     Okay.  Thank you.

23                A security pod would be whoever was -- uh, is

24         that, if you know, an independent security or is it law

25         enforcement?
```

```
 1   A    It's independent security.

 2   Q    All right.  And that would be -- well, you have no idea

 3        because that --

 4   A    Well, no.  It -- they, they work for the 33$^{rd}$ District

 5        Court.  They are employees.

 6   Q    Yes, sir.  I understand that.  And I apologize.  Like I

 7        told you, my questions aren't that good sometimes.

 8              What I'm asking you though is that could be any

 9        number of persons --

10   A    Yes.

11   Q    -- right?

12              On any -- on this day April 12$^{th}$ --

13   A    Yes.

14   Q    -- you don't know who's there.  Okay.

15              And the security stations in the courtroom, I

16        assume the court officer would be the person who's able

17        to --

18   A    Yes.

19   Q    -- manipulate that; is that right?

20   A    Yes.

21   Q    Okay.  And there, there's a monitor, and that person

22        can, if you just like watch, just watch that, oh, I

23        wanna move my mouse to see this, whatever might, I might

24        wanna see; is that correct?

25   A    Yes.
```

1   Q   All right.  So, um, is there a way in the system, in the

2        software of this system to determine from which station

3        that, uh, manipulation was made?

4   A   No.

5   Q   How do you know that?

6   A   I've been through the software and looked through all

7        the options and there's -- I've never seen anything like

8        that.

9   Q   Okay.  When did you do that?

10   A   Just going through the software to learn it.

11   Q   I understand.

12           Did you specifically look in this case, uh, to

13        determine whether or not there was, um, electronic

14        marker or something to determine where that instruction

15        meaning the mouse movement came from?

16   A   No.

17   Q   You didn't do that?

18   A   No.

19   Q   Could you do that?

20   A   I don't know.  I'm --

21   Q   Oh, okay.

22           Um, who, who made the system?

23           Who's, who -- do -- if you know?

24   A   Yeah.  Um, Exaqvision.

25   Q   Is that like spelled E-X-A-C-T?

```
 1   A    Yeah.  No.  E-X-A-Q-V-I-S-I-O-N.

 2   Q    E-X-A-Q?

 3   A    Yeah.  Q-V-I-S-I-O-N.

 4   Q    Okay.  Oh.  Oh, my God.  Okay.  Thank you very much.

 5        Um, and is that like a local software company,

 6        or is that somewhere else, do you know?

 7   A    I, I'm not sure where it is.

 8   Q    All right.  Um, and then extracting the video you said

 9        that you saved the video in numerous occasions in the

10        past.

11   A    Um-hum.

12   Q    Did you do --

13   A    Yes.

14   Q    Yes?

15        Did you do that in this case?

16   A    Yes.

17   Q    All right.  And you save it to what?

18   A    Um, I saved it to your network drive and then to a thumb

19        drive.

20   Q    Okay.  And gave that an officer in charge of the case,

21        the prosecutor, who?

22   A    Um, I think the officer.

23        Yeah, I gave it to the officer.

24   Q    All right.

25        MR. BROWN:  Um, just one second, Judge.  I
```

                                18

1      don't think I have any more questions for this witness.

2                    All right.  No further questions.

3                    Thank you very much.

4              MR. KONING:  I, I have a general question.

5                    REDIRECT EXAMINATION

6    BY MR. KONING:

7    Q    Sir, uh, do you have -- uh, I believe you just indicated

8         that you are the one who extracted the video and

9         forwarded it to, um, the officer in change; is that

10        right?

11   A    Yes.

12   Q    After you extracted the video, did you go back and do

13        any editing of the video to change how it appeared?

14   A    No.

15   Q    Okay.  Would there be a way to do that?

16   A    Not that I'm aware of.

17   Q    Okay.

18              MR. BROWN:  I apologize because I was

19        distracted, but I didn't hear your question.

20              MR. KONING:  Uh, I asked if, if he went back

21        and did any editing of the video --

22              MR. BROWN:  Oh.

23              MR. KONING:  -- once it was distracted.

24   BY MR. KONING:

25   Q    Uh, did you instruct any, uh, other people who work in

                              19

```
 1        your department at the 33rd District Court to edit this
 2        video in any way?
 3    A   No.
 4    Q   Okay.  Um, did you, uh, forward any information to the
 5        police on how they might be able to edit this particular
 6        video?
 7    A   No.
 8    Q   Okay.  I have nothing else.
 9            MR. BROWN:  I do.  Based just on those
10        questions.
11                      RECROSS-EXAMINATION
12   BY MR. BROWN:
13    Q   To your knowledge, can, can you edit this video?
14    A   I think there's video editing software.
15    Q   Within the software program for the system?
16    A   No.  I just -- in general I think you can edit video.
17    Q   Are you serious when you say -- I, I don't know.  I
18        don't mean to be sarcastic.  I apologize.
19            But when you said you think, you're, you're
20        court, uh, systems administrator.  You, you got to know
21        that there's, uh, software to edit video?
22    A   Yeah.
23    Q   Okay.  So that's not --
24    A   I, I --
25    Q   You said you think.  What did -- I don't understand what
```

20

```
1          you meant.

2    A     Yeah.  You can edit video.

3    Q     Okay.

4    A     Yes.

5    Q     So my question, I apologize to you, my question is on

6          this can -- sometimes there's, there are, um, um,

7          safeguards in the system to, to alert you as to whether

8          a video has been altered, is that fair to say?

9    A     Could you repeat that.

10   Q     Sometimes within a software program there are systems to

11         alert a person as to whether or not that video has been

12         altered from its original form?

13   A     Yes.

14   Q     Okay.  Is that present in this software?

15   A     I'm, I'm not sure.

16   Q     You don't know?

17   A     I don't know.

18   Q     Okay.  Is it like a time code, time change, something

19         like that?

20   A     There is a time stamp on the video.

21   Q     Okay.  No further questions.

22               Thank you.

23               MR. KONING:  I have nothing else.

24               THE COURT:  Sir, when you said it's possible to

25         edit video, do you mean with the system that's in place
```

21

```
1        at the court or with systems that may exist in the

2        world?

3                THE WITNESS:  Yes.  Systems that, systems that

4        exist in the world, not this particular software or

5        software that the court uses.

6                THE COURT:  Okay.  So if there was any editing

7        done, it would have to have been done not using the

8        court software?

9                THE WITNESS:  Yes.

10               THE COURT:  And can you please tell me the

11       level of your, your education?

12               THE WITNESS:  Um, I've had some college.

13               THE COURT:  Okay.  When you -- does that mean,

14       I mean --

15               THE WITNESS:  An Associates Degree.  Not in

16       computer technology and engineering.

17               THE COURT:  Okay.  Is it just more general

18       studies?

19               THE WITNESS:  Yes.

20               THE COURT:  All right.  And what sort of

21       education and training do you have, do you have in the

22       area of computer science?

23               THE WITNESS:  Um, working in the -- at the

24       court for four years and 16 years at an engineering

25       firm.  I was a systems administrator there dealing
```

```
1    nothing but -- with nothing but computer, computer
2    technology.
3              THE COURT:  And did, um, Exaqvision provide you
4    with a, uh, education and training at the time that was
5    installed?
6              THE WITNESS:  No.  That, that was installed
7    before I worked at the, uh, court.
8              THE COURT:  And what sort of training did you
9    get on that system?
10             THE WITNESS:  All self-learned.
11             THE COURT:  Is there anybody who -- so nobody
12   provided you that training.  It was all something you
13   did?
14             THE WITNESS:  Yes.
15             THE COURT:  And do you provide training to
16   other people, the system?
17             THE WITNESS:  The, the system -- other people
18   that use the system use it as a viewer.  It's, it's
19   pretty user friendly that way.  So they're, they're --
20   it's not much training needed.
21             THE COURT:  So they're just looking, they're
22   just moving the camera and doing nothing else?
23             THE WITNESS:  That's right.  Yeah.
24             THE COURT:  Does anybody have any access to the
25   system to be able to edit it?
```

23

```
1              I mean in other words, if there -- if -- does
2       anybody have the access to the system to be able to
3       download video, let me ask you that?
4              THE WITNESS:  Yes.
5              THE COURT:  And who does?
6              THE WITNESS:  Um, the court administrator.  Um,
7       the security.  It's a user called security and the
8       security officers have that access so they can download.
9       If I'm not there, they can download.
10             THE COURT:  All right.  And you say security,
11      you're talking about the, uh, sort of the in house, uh,
12      little rent a cops for lack of a better term?
13             THE WITNESS:  The, the court officers, yes.
14             THE COURT:  You're talking about -- well, are,
15      are the court officers in -- um, are they sworn officers
16      of, of the local district?
17             In other words, are they, uh, police officers
18      like you would see in Woodhaven?
19             THE WITNESS:  They're retired officers.  Some
20      of them.
21             THE COURT:  Retired.  The former retired
22      officers --
23             THE WITNESS:  Yes.
24             THE COURT:  -- who where hired by the court?
25             THE WITNESS:  Yes.
```

```
 1                    THE COURT:  Okay.  And do you have -- and are
 2          they the ones that have access?
 3                    THE WITNESS:  Yes.
 4                    THE COURT:  Okay.  And do you have any other
 5          court security?
 6                    THE WITNESS:  No.
 7                    THE COURT:  All right.
 8                    All right.  Thank you.
 9                    Any other follow-up questions based on that?
10                    MR. KONING:  No, your Honor.
11                    THE COURT:  Mr. Brown.
12                    MR. BROWN:  No.  Thank you.
13                         RECROSS-EXAMINATION
14     BY MR. BROWN:
15     Q    Oh, have you ever testified about this system in any
16          other situations?
17     A    No.
18     Q    Okay.  Thank you.
19                    THE COURT:  All right.
20                    May I have this witness step down?
21                    MR. BROWN:  Yes.
22                    MR. KONING:  Uh, yes, your Honor.
23                         (At 9:21 a.m. witness excused)
24                    MR. BROWN:  That's all.  Thank you.
25                    And I -- just for the record, Judge, I made
```

```
 1        efforts.  I have not yet been able to secure the person

 2        I would like to review is a Detroit Police Officer who's

 3        reviewed things, not for me, but the Prosecutor's Office

 4        before, but I may do that and I will do that.

 5                  THE COURT:  All right.  Well, please move

 6        expeditiously.  I think we adjourned the trial in this

 7        case so we could, uh, you know, deal with this issue and

 8        I don't wanna delay it any further.

 9                  MR. BROWN:  Yes, sir.  Thank you very much.

10                  THE COURT:  All right.  Thank you.

11                  MR. BROWN:  Thank you, Mr. Koning.

12                  MR. KONING:  Thank you.

13                  THE COURT:  Have a nice day everyone.

14                  THE DEFENDANT:  Yep.

15                  (At 9:22 a.m. proceedings concluded)

16                       -  -  -

17

18

19

20

21

22

23

24

25
```

```
 1
 2    STATE OF MICHIGAN    )
 3                         )
 4    COUNTY OF WAYNE      )
 5
 6                    I certify that this transcript, consisting of
 7            27 pages, is a complete, true, and correct transcript of
 8            the proceedings and testimony taken in this case on
 9            November 28, 2018.
10
11
12                            _____
13                            Rochelle Waldrip, CSR 1299
                              Official Court Reporter
14    Date:   February 11, 2019
15
16
17
18
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bradley T. Peterson,

                Plaintiff(s),

v.

                                    Case No. 4:18-cv-12838-MFL-SDD
Ryan Smith, et al.,                Hon. Matthew F. Leitman

                Defendant(s).

_____

## CLERK'S ENTRY OF DEFAULT

Party in Default:  State of Michigan

  The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

  I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                        DAVID J. WEAVER, CLERK OF COURT

                    By: s/ D. Peruski
                      Deputy Clerk

Dated:  July 2, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bradley T. Peterson,

               Plaintiff(s),

v.

                             Case No. 4:18-cv-12838-MFL-SDD

Ryan Smith, et al.,                   Hon. Matthew F. Leitman

               Defendant(s).

_____

### NOTICE OF DENIAL OF REQUEST
### FOR CLERK'S ENTRY OF DEFAULT JUDGMENT

A Clerk's Entry of Default Judgment as to State of Michigan has been requested pursuant to Fed. R. Civ. P. 55(b)(1).  The Clerk's Entry of Default Judgment will not be entered for the following reason(s):

- No Sum Certain Attached

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                         DAVID J. WEAVER, CLERK OF COURT

                         By: s/ N Ahmed
                            Deputy Clerk

Dated:  August 22, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. PETERSON,
    PLAINTIFF,

                    CASE NO. 23-11401
                    HON. DAVID M. LAWSON
VS,                 HON. DAVID R. GRAND,

JOHN DOW, ET AL,
    DEFENDANTS,

4 x 8
PENGAD 800-631-6989
DEPOSITION
EXHIBIT
SG   12/5/2

PLAINTIFFS OBJECTION MOTIONS TO
REPORT AND RECOMMENDATIONS TO
GRANT DEFENDANTS MOTIONS FOR A
PARTIAL SUMMARY JUDGMENTS AND
REQUEST TO REVIEW IN CIVIL CASE

NOW COMES THE PLAINTIFFS OBJECTION
MOTIONS AS FOLLOWS,

1) THE PLAINTIFF UPON NOVEMBER 23 2022
WAS IN FRONT OF THE CITY OF WOODHAVEN
POLICE DEPARTMENT AND CITY HALL-

EXERCISING HIS U.S NATIVE INDIAN
AFRICAN CITIZEN CONSTITUTIONAL
RIGHTS TO U.S PUBLIC PROTESTS DUE
TO APRIL 12, 2017, INCIDENT OF EVENTS
IN PRIOR CIVIL LAWSUIT CASE - 18 CV-12838
IN FEDERAL COURT,

2) THE PLAINTIFF WAS ON NOVEMBER 23,
2022 - TICKETED BY DEFENDANTS FOR
PUBLIC PROTEST SIGNS IN CASE,

3) THE PLAINTIFF REFUSED TO PAY THE
DEFENDANTS $25 - FINES, FOR THE
NOVEMBER 23, 2022 - VIOLATION TICKET
AND WAS ON APRIL 5, 2023 - FOUND
GUILTY BY HON - JENNIFER C, HESSON
IN 33RD DISTRICT COURT AND FINED
$130 - IN CIVIL CASE,

4) THE PLAINTIFF UNDER FEAR AND
DURESS PAID $130 - FINES AND
FILED U.S CIVIL LAWSUITS AGAINST
THE DEFENDANTS IN CASE - 23-11401 -

5) THE PLAINTIFF AGAIN OUT OF FEAR
AND DURESS WAS FORCED TO PAY
$25 - INVOICE - FEES - FINE TO THE
DEFENDANTS FOR SAME TICKET OF
NOVEMBER 23, 2022 - ISSUED - TO HIM
ON OCTOBER 31, 2023, ALTHOUGH ITS
DOUBLE - JERPARDY IN CASE,

NOTE, ATTACHED OCTOBER 31, 2023 PAID
INVOICE TICKET OF NOVEMBER 23, 2022
INCIDENT OF EVENTS IN CASE, SAME
CIVIL CASE,

6) THE PLAINTIFF HAD A MENTAL BREAK-
DOWN - ANGER, DEPRESSION, SUICIDAL
THOUGHTS DUE TO THE DEFENDANTS
CONTINUED U.S CONSTITUTIONAL UNLAW-
FUL VIOLATIONS - DISCRIMINATIONS -
BIAS - PREJUDICE IN CASE - FORCING
HIM TO PAY $25 - INVOICE TICKETS OF
SAME NOVEMBER 23, 2022 - INCIDENT
OF EVENTS - AT ISSUE IN COURT,

7) THE DEFENDANTS HAVE GIVEN THE PLAINTIFF MENTAL BREAK DOWN IN CIVIL CASE - CHARGING HIM TWICE FOR SAME CIVIL CASE.

8) THE PLAINTIFFS MOTIONS - REQUEST FOR A REVIEW IN CIVIL CASE SHOULD BE GRANTED.

WHERE FORE PLAINTIFF REQUEST AND MOTIONS OF OBJECTIONS TO THE REPORT AND RECOMMENDATIONS TO GRANT DEFENDANTS PARTIAL SUMMARY JUDGMENT SHOULD BE SET-ASIDE AND REVIEWED IN CASE.

RESPECTFULLY SUBMITTED.

NOVEMBER 3, 2023

BRADLEY T. PETERSON
75 - WALNUT STREET
BELLEVILLE, MI - 48111

# PROOF OF SERVICE

I, BRADLEY T. PETERSON, SWEAR UNDER THE PENALTY OF PERJURY THAT ALL STATEMENTS MADE ARE TRUE-CORRECT IN OBJECTION MOTIONS HAND DELIVERED TO US FEDERAL COURT CLERK DETROIT MICHIGAN - ON THIS DAY NOVEMBER 3-2023 - AND TRUE COPYS WAS SENT BY US MAIL TO ALL PARTYS CONCERNED IN THIS CASE.

RESPECTFULLY SUBMITTED

NOVEMBER 3, 2023,

BRADLEY T. PETERSON
75 WALNUT STREET
BELLEVILLE - MI - 48111

# City of Woodhaven

INVOICE

21869 West Road
Woodhaven, MI 48183
(734) 675-4925

PETERSON, BRADLEY
35 WALNUT
TRENTON, MI 48111



| QUANTITY | DESCRIPTION | COST | AMOUNT |
|---|---|---|---|
| 1 | ZONING VIOLATIONS | | |

PROHIBITED SIGN POSTED AT WEST RD AND ALLEN RD

**PAID**
CITY 1 PAID
CK# *
CITY OF WOODHAVEN

| STATE OF MICHIGAN | | Case No: 23W81811A   ON |
|---|---|---|
| 33RD  JUDICIAL DISTRICT | NOTICE TO APPEAR | X-REF:  23-02570 |
| | | OFFENSE:                    1)PROHIB SIG-M |

Court Address  19000 VAN HORN
WOODHAVEN, MI  48183

Court Telephone no.
(734) 671-0201

CITY OF WOODHAVEN

**YOU ARE DIRECTED TO APPEAR AT:**

☒ The court address above, courtroom _____
☐ _____

IN PERSON AT 27TH DISTRICT COURT

Plaintiff                  ☐ Personal service
v

Judge:  ELIZABETH LEA DISANTO

PETERSON/BRADLY/THOMAS
75 WALNUT ST
BELLVILLE, MI  48111

**FOR THE FOLLOWING PURPOSE:**

Defendant                  ☐ Personal service

(248) 545-4400            P-043273
WILLIAM R. URICH
39520 WOODWARD AVE STE 230
BLOOMFIELD HILLS, MI  48304

Plaintiff's attorney   ☐ Personal service

P-000999
IN   PRO PER

Defendant's attorney   ☐ Personal service

WISE,RON

Officer

If you require special accommodations to
use the court because of a disability or if
you require a foreign language interpreter
to help you fully participate in court
proceedings, please contact the court
immediately to make arrangements.

Date issued: NOV. 13, 2023

| | DAY | DATE | TIME |
|---|---|---|---|
| ☐ Probable Cause Conf. | | | |
| ☐ Preliminary Exam | | | |
| ☐ Pre-trial Conf. | | | |
| ☐ Jury Selection | | | |
| ☐ Jury Trial | | | |
| ☐ Nonjury Trial | | | |
| ☐ Sentencing | | | |
| ☐ Motion | | | |
| ☐ Arraignment | | | |
| ☐ Informal Hearing | | | |
| ☐ Formal Hearing | | | |
| ☒ HEARING | WEDNESDAY | 01/24/24 | 11:30 AM |
| ☐ The above matter is adjourned from | | | |

Date

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

Approved, SCAO
Form MC 06, Rev. 6/19

Distribute form to:
Court
Plaintiff/Attorney
Defendant
Extra


Ex #2
DEPOSITION EXHIBIT
SW 12/5/23

| 33RD | STATE OF MICHIGAN JUDICIAL DISTRICT | NOTICE TO APPEAR | Case No: 23W81811B  OI<br>X-REF: 23-02570<br>OFFENSE:          1)EXPIRED PLAT |
|---|---|---|---|

Court Address 19000 VAN HORN
WOODHAVEN, MI 48183

Court Telephone no.
(734) 671-0201

CITY OF WOODHAVEN

**YOU ARE DIRECTED TO APPEAR AT:**

☒ The court address above, courtroom _____

☐ _____

IN PERSON AT 27TH DISTRICT COURT

Judge: ELIZABETH LEA DISANTO

Plaintiff        ☐ Personal service

v

PETERSON/BRADLY/THOMAS
75 WALNUT ST
BELLVILLE, MI 48111

**FOR THE FOLLOWING PURPOSE:**

Defendant        ☐ Personal service

(248) 545 4400          P.043273
WILLIAM R. URICH
39520 WOODWARD AVE STE 230
BLOOMFIELD HILLS, MI 48304

Plaintiff's attorney   ☐ Personal service

P-000999

IN   PRO PER

Defendant's attorney  ☐ Personal service

WISE,RON

Officer

If you require special accommodations to
use the court because of a disability or if
you require a foreign language interpreter
to help you fully participate in court
proceedings, please contact the court
immediately to make arrangements.

Date issued: NOV. 13, 2023

| | DAY | DATE | TIME |
|---|---|---|---|
| ☐ Probable Cause Conf. | | | |
| ☐ Preliminary Exam | | | |
| ☐ Pre-trial Conf. | | | |
| ☐ Jury Selection | | | |
| ☐ Jury Trial | | | |
| ☐ Nonjury Trial | | | |
| ☐ Sentencing | | | |
| ☐ Motion | | | |
| ☐ Arraignment | | | |
| ☐ Informal Hearing | | | |
| ☐ Formal Hearing | | | |
| ☒ HEARING | WEDNESDAY | 01/24/24 | 11:30 AM |
| ☐ The above matter is adjourned from | | | |

Date

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

Approved, SCAO
Form MC 06, Rev. 6/19

Distribute form to:
Court
Plaintiff/Attorney
Defendant
Extra

# Municipal Civil Infraction
## Notice of Violation

U U 3 8 8 4 | 851

License Code

The ☐ the State of Michigan
OF: **Woodhaven**
☐ Township ☑ City ☐ Village ☐ County

Local Use/Arrest No.

THE UNDERSIGNED SAYS THAT ON:
Month **11** Day **23** Year **22**
At approximately **1540** ☐ A.M. ☑ P.M.
Date of Birth: Month **2** Day **5** Yr **6**

State ID ☐ Oper./Chauf. ☐ Other License Number
**MI** ☐ CDL
**P 362 698792096**
SSN (last 4 di

| Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer |
|------|-----|--------|--------|------|------|---------------------|
| B | M | | | | | |

Name (First, Middle, Last)
**Bradley Thomas Peterson**

Street
**55 Walnut**

City **Belleville**    State **MI**    Zip Code **48111**

| Vehicle Plate No. | Year | State | Vehicle Description (Year, Make, Color) | Veh. T |
|---|---|---|---|---|

THE PERSON NAMED ABOVE, in violation of §
☑ Local Ordinance  ☐ State Law  ☐ Administrative Rule
UPON **West Rd**
AT OR NEAR **Hall Rd**
WITHIN ☐ CITY ☐ VILLAGE ☐ TOWNSHIP OF **Woodhaven**
COUNTY OF **Wayne**

☐ Nuisance Ordinance
☐ Licenses Ordinance
☐ Zoning Ordinance
☐ Sign, Lighting & Display Ordinance
☐ Animal & Fowl Ordinance
☐ Building Code
☐ Plumbing Code
☐ Electrical Code
☐ Mechanical Code
☐ Other

DID THE FOLLOWI
**110-711 (3)**

Describe: **Prohibited sign posted**

Person in Active Military Service ☐ Yes ☑ No
THIS VIOLATION IS A CIVIL INFRACTION and is your **1** violation.
The fine for this violation is $ **25** and must be paid at the violations bureau
by 5:00 p.m. on **10 days** unless you contact the violations bureau before this time.
SEE BELOW FOR AN EXPLANATION OF YOUR RIGHTS AND INSTRUCTIONS.

☐ MIS.
☐ JUV.

003884

WARNING: If you fail to pay the fine specified above or fail to contact the violations bureau on the date and time specified above, a civil infraction citation will be issued.

You are alleged to be responsible for a civil infraction. You must either: 1) admit responsibility; 2) admit responsibility with explanation; or 3) deny responsibility.

ADMIT RESPONSIBILITY: If you wish to admit responsibility and pay your fine, you may do so by appearing in person or by mailing your fine along with this notice to the violations bureau.
ADMIT RESPONSIBILITY WITH EXPLANATION OR DENY RESPONSIBILITY: If you wish to admit responsibility with explanation or deny responsibility and have a hearing, you must contact the violations bureau on or before the date specified above. A citation will be issued and filed with the court where you will have the right to an informal hearing before a magistrate or judge or to appear in court for a formal hearing before a judge.

Violations bureau address & phone number
**City of Woodhaven**
*Municipal Ordinance Violations Bureau*
21869 West Road
Woodhaven, MI 48183            (734) 675-4925

IMPORTANT: REMOVE TOP 2 COPIES BEFORE SIGNING NOTICE.
I personally served a copy of this notice upon the defendant.
I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and mark (if applicable
Month **11** Day **23** Year **22**

Officer's Name (printed)
**Jeff Jackson**
Officer's ID No. **6812**

Agency ORI
**MI-8283100**
Agency Name
**City of Woodhaven**

UC-02 (rev. 5/08)

**VIOLATION BUREAU COPY**



Ex # 7
**DEPOSITION EXHIBIT**
SW  12/15/23

PENGAD 800-631-6989

# STATE OF MICHIGAN
## IN THE 33RD JUDICIAL DISTRICT COURT

---

**CITY OF WOODHAVEN**

Plaintiff,

Case No. 23W81811A
Case No. 23W81811B
HON. MICHAEL K. MCNALLY

vs.

**BRADLY THOMAS PETERSON**

Defendant,

---

William R. Urich (P43273)
Attorney for Plaintiff
39520 Woodward Ave., Suite 230
Bloomfield Hills, Michigan 48304
(248) 203-1660

Bradly Thomas Peterson
Defendant, In Pro Per
75 Walnut Street
Belleville, Michigan 48111
(734) 262-4804

---

## ORDER GRANTING DEFENDANT'S MOTION TO DISQUALIFY JUDGE MICHAEL K. McNALLY

**At a session of said Court held in the
Courthouse in the City of Woodhaven,
County of Wayne, State of Michigan,
on:** MAY 3 1 2023

**PRESENT:** HON. MICHAEL K. McNALLY

Michael K. McNally<br>District Judge



PENGAD 800-631-6989

Ex # 1
**DEPOSITION
EXHIBIT**
SW 12/15/23

The Court having reviewed Defendant's Second Motion to Disqualify Judge Michael K. McNally, and the court being fully advised;

**IT IS HEREBY ORDERED** that Defendant's motion be, and hereby is, granted, and this Court hereby recuses itself from presiding over the above-entitled cases.

HON. MICHAEL K. McNALLY

_____
**Hon. Michael K. McNally**
**District Judge**

**DEFAULT JUDGMENT**

**33RD DISTRICT COURT**

WOODHAVEN, MICHIGAN 48183

| Case Number | |
|---|---|
| Infraction Date | |
| Civil Infraction | |
| Vehicle Plate No. | |

| Appearance Date | Default Judgment Date |
|---|---|
| | |

| AMOUNT OF JUDGMENT | |
|---|---|
| Fines | $ |
| Costs | $ |
| State Costs | $ |
| | $ |
| Total | $ |
| Bond Forfeited | $ |
| Balance Due | $ 165.00 |

US POSTAGE
FIRST-CLASS MAIL
$000.48

Approved, SCAO — Original - Court   Copy - Defendant

| **STATE OF MICHIGAN**<br>**33RD JUDICIAL DISTRICT** | **DEFAULT JUDGMENT**<br>Civil Infraction | **Court Telephone No.**<br>(734) 671-0201 |
|---|---|---|

The ☒ State ☐ Twp. ☐ City ☐ Village of: **MICHIGAN**
v   Defendant (name and address printed on other side)

**DEFAULT ENTRY**   I certify that the

1. defendant has not made a scheduled appearance or answered a citation within time allowed by statute.
2. defendant is not in the military service, or is in the military service but received notice and adequate time and opportunity to appear and defend.
3. default is entered against the defendant.

**DEFAULT JUDGMENT** is entered in the amount stated on the other side.

Return this notice with payment in the amount of the judgment stated on the other side of this form. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown. If you fail to pay within 28 days of the default judgment date, the court may notify the Secretary of State to take action against your driving privileges. **In addition, fines, costs, and fees not paid within 56 days of the default judgment date are subject to a 20% late penalty on the amount owed. If you are not able to pay due to financial hardship, contact the court immediately to request a payment alternative.**

**CERTIFICATE OF SERVICE:** I certify that on this date I served a copy of this judgment on the defendant by first-class mail addressed to his/her last-known address as defined by MCR 2.107(C)(3). I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date of Default/Judgment*
Date of entry and mailing

**A. ZAWACKI**
Clerk/Deputy clerk/Magistrate

**NOTICE:** You may be able to have the default judgment set aside by filing a motion (form CIA 04) within 14 days of the mailing date. You must post a cash bond equal to the total fines and costs noted when filing this motion.

CIA 07   (9/20)   **DEFAULT JUDGMENT, Civil Infraction**   MCR 1.110, MCR 4.101(B), (D)

**State of Michigan**
**Uniform Law Citation**

Ticket No. 23 WO **81811** A

Victim Involved

US Dot # ___

Incident No. 23-002570

Dept. No. ___

The People of: ☐ The State of Michigan
☐ Township ☒ City ☐ Village ☐ County

Local Use/Arrest No. ___

Detection Device ___

OF: WOODHAVEN

BAC ___

THE UNDERSIGNED SAYS THAT ON:
Month 4 | Day 4 | Year 23 | At approximately 9:03 ☒ A.M. ☐ P.M.
Date of Birth: Month 2 | Day 5 | Year 64

State ☐ Oper./Chauff. ☐ CDL | Driver License Number P 362 098 792 096

Race B | Sex M | Height 6'2 | Weight 200 | Hair | Eyes | Occupation/Employer

Name (First, Middle, Last): BRADLY THOMAS PETERSON

Street: 75 WALNUT ST.

City: BELLEVILLE | State: MI | Zip Code: 48111

E-mail Address | Cellular Phone

Vehicle Plate No. ENS1486 | Year 23 | State MI | Vehicle Description (Year, Make, Color) 88 FORD F150 BLU | Veh. Type PU

THE PERSON NAMED ABOVE, in violation of ☐ Local Ordinance ☒ State Law ☐ Administrative Rule

UPON: WEST RD

AT OR NEAR: HALL RD

WITHIN ☐ CITY ☐ VILLAGE ☐ TOWNSHIP OF

COUNTY OF ___ | DID THE FOLLOWING

| Type | | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|---|
| ☒ C/I ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization pend. 110-711(3) | PROHIBITED SIGNS POSTED | 1 |
| ☒ C/I ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization pend. | EXPIRED PLATES EXPIRED 2-5-27 | 2 |
| ☐ C/I ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization pend. | | 3 |

**TO THE COURT:** Do not arraign on a felony charge until [illegible] complaint is filed.

Offense Code(s) ① C/C ② C/C

Key for Type: C/I=Civil Infraction Misd=Misdemeanor Fel=Felony Warn=Warning Fug=Fugitive Waiv=Violation for Which Fines/Costs May be Waived Authorization pend.=Authorization pending

Remarks: LARGE SIGN POSTED ON PUBLIC EASEMENT. MR. PETERSON DID OPERATE MOTOR VEH. VIN: W/ EXPIRED PLATES, EXPIRED 2-521

CHECK IF APPROPRIATE
☐ Vehicle Impounded | ☐ Damage to Property | ☐ Local Court Bond $ ___
☐ Traffic Crash | ☐ Injury | ☐ License Posted in Lieu of Bond
| ☐ Death | ☐ Appearance Certificate
Person in Active Military Service ☐ Yes ☐ No | ☐ None

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before 10 DAYS AT 9:00 AM

Hearing Date (if applicable) on ___ | ☐ Contact Court

☐ Juvenile Traffic Misd (Court will Notify) | Formal Hearing Required ☐ (Court will Notify)

In the 33rd DISTRICT | Court of BRNS, GI, FR, WDHN RKWD, GIB & TRN

Court Address & Phone Number

19000 VAN HORN RD., WOODHAVEN, MI 48183
(734) 671-0201

☐ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable).
I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable | Month 4 | Day 4 | Year 23

Officer's Name (printed): R. WOLFE | Officer's ID No. 0065

Agency ORI MI- 8283100 | Agency Name WOODHAVEN POLICE DEPT.

UC-01a, Rev. 10/21

_(right margin, vertical text)_ Ticket No. 81811 | Name PETERSON BRADLEY | Case No. 23 2570

# State of Michigan
## Uniform Law Citation

21081810

US DOT #

Incident No. ___ Dept. No. 831

Local Use/Arrest No. 22-25212  Detection Device

The People of: ☐ the State of Michigan
☐ Township ☑ City ☐ Village ☐ County

BAC ___ 1 of 1

OF: Woodhaven

THE UNDERSIGNED SAYS THAT ON: Month 12 Day 23 Year 22 At approximately 1540 ☐ A.M. ☑ P.M. Date of Birth 25 Month Day Year

State MI ☐ Oper./Chauff. ☐ CDL  Driver License Number P 362 098 792 096

Race B Sex M Height Weight Hair Eyes Occupation/Employer

Name (First, Middle, Last): Bradley Thomas Peterson
Street: 75 Walnut
City: Belleville State: MI Zip Code: 48111
Cellular Phone
E-mail Address

Vehicle Plate No. ___ Year ___ State ___ Vehicle Description (Year, Make, Color) ___ Veh. T

THE PERSON NAMED ABOVE, in violation of ☐ Local Ordinance ☐ State Law ☐ Administrative R

UPON West Rd
AT OR NEAR Hall Rd
WITHIN ☑ CITY ☐ VILLAGE ☐ TOWNSHIP OF Woodhaven
COUNTY OF Wayne

| Type | | | Description |
|---|---|---|---|
| ☑ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. ¶10-78 (3) | | Prohibited sign Posted |
| ☐ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. | | 2/11 |
| ☐ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. | | |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Remarks: Peterson did have signs posted on West Rd at Hall Rd / Advised to Reapply by Chief Fournk / Refused

In the 33rd DISTRICT Court of ___
Court Address: 19000 VAN HORN RD., WOODHAVEN, MI 48183 (734) 671-0201

Officer's Name (printed): Lt Alan Jackson Officer's ID No. 6912
Agency ORI: MI 8283100 Agency Name: WHPD

UC-01a, Rev. 10/21

**State of Michigan**
**Uniform Law Citation**

Ticket No. 3LV 85263

☐ Victim Involved

US DOT #

Incident No. 23-4804          Dept. No. 831

The People of: ☐ the State of Michigan
☐ Township ☒ City ☐ Village ☐ County
OF _Woodhaven_          BAC          1 of 1

Detection Device

THE UNDERSIGNED SAYS THAT ON:

| Month | Day | Year | At approximately | ☐ A.M. ☐ P.M. | Date Month | Day | Year |
|---|---|---|---|---|---|---|---|
| 07 | 04 | 23 | 0730 | | 02 | 05 | 74 |

State ☒ Oper./Chauf. ☐ CDL          Driver License Number  P362 098 792 096          SSN (last 4 digits)

| Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| B | M | 5'9" | 200 | Brn | Brn |

Occupation/Employer

Name (First, Middle, Last)  Bradly Thomas Peterson

Street  75 Walnut St

City  Belleville          State  MI          Zip Code  48111

Vehicle Plate No.          Year          State          Vehicle Description (Year, Make, Color)          Veh. Type

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON  West Rd

AT OR NEAR  Hall Rd

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF  Woodhaven

COUNTY OF  WAYNE          DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☒ CI ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv ☐ Authorization pend. 110-711 (3) | Prohibited signs posted | 1 |
| ☐ CI ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv ☐ Authorization pend. | | 2 |
| ☐ CI ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv ☐ Authorization pend. | 7/23 | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)   1 110-711(3)    2         3

Key for Type: CII = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive
Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

Remarks:  Prohibited signs posted.

CHECK IF APPROPRIATE
☐ Vehicle Impounded  ☐ Damage to Property  ☐ Local Court Bond $ _____
☐ Traffic Crash  ☐ Injury  ☐ License Posted in Lieu of Bond
☐ Death  ☐ Appearance Certificate
Person in Active Military Service ☐ Yes ☒ No  ☐ None

SEE DATE BELOW, SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before  10 DAYS AT 9:00AM

Hearing Date (if applicable) on _____  ☐ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify)  ☐ Formal Hearing Requested. (Court will Notify)

In the  33rd DISTRICT          Court of  BRMS, GI, FR, WDHN RKWD, GIB & TRN

Court Address & Phone Number
19000 VAN HORN RD., WOODHAVEN, MI 48183
(734) 671-0201

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable).
I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable  T. Timmis

| Month | Day | Year |
|---|---|---|
| 07 | 12 | 23 |

Officer's Name (printed)  T. Timmis          Officer's ID No.  7549

Agency ORI  MI-8283100          Agency Name  City of Woodhaven

UC-01s (rev. 8/05)          COURT COPY 1

Case No. 23-4804

Name: Peterson

Ticket: 85263

Governmental Business Systems · GBS, 1-888-640-8683

# State of Michigan
## Commercial Law Citation

Ticket No. **M 84435**

☐ Victim Involved

☐ US DOT #
☐ MPSC

Detection Device

BAC

Commodity
Bill Number

Dept. No. **831**

**1 of 1**

The People of: ☐ the State of Michigan
☐ Township ☑ City ☐ Village ☐ County   Local Use   Local Use Arrest No.

OF: **WOODHAVEN**

THE UNDERSIGNED SAYS THAT ON:
Month **7** Day **7** Year **23**   At approx. ☐ A.M. ☑ P.M. **8:00**   Incident No. **23-4880**

☐ Intra   Contact Name (Required)
☐ Inter **BRADLEY THOMAS PETERSON**   ☐ Defendant   Zip Code
Street **75 WALNUT ST.**   City **BELLVILLE**   State **MI**   **48111**

Owner Name   ☐ Defendant
Street   City   State   Zip Code

Driver Name (First, Middle, Last)   ☐ Defendant
Street   City   State   Zip Code

State ☑ Oper./Chauff   Driver's License Number   Date of Birth Month **2** Day **5** Year **64**
**MI** ☐ CDL   **P362 098 792 096**

Race **B**   Sex **M**   Height   Weight   Hair   Eyes

E-mail Address   Cellular Phone

THE PERSON NAMED ABOVE, in violation of ☑ Local Ordinance ☐ State Law ☐ Administrative Rule
UPON **WEST RD**   AT OR NEAR **HALL RD**
WITHIN ☑ CITY ☐ VILLAGE ☐ TOWNSHIP OF **WOODHAVEN**
COUNTY OF **WAYNE**   DID THE FOLLOWING

| Type | | Ordinance | MCL Cite/PACC Code/ Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|---|
| ☑ Cl ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. | **110-711B** | **PROHIBITED SIGN POSTING** | 1 |
| ☐ Cl ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. | | | 2 |
| ☐ Cl ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. | | | 3 |

Offense Code(s)   1 **110-711B**   2   3

Key for Types: C/I=Civil Infraction Misd=Misdemeanor Fel=Felony Warn=Warning Fug=Fugitive Waiv=Violation for Which Fines/Costs May be Waived Authorization pend.=Authorization pending

VEH. TYPE.   TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

| VEH. TYPE. | YR/MAKE | VIN/SERIAL NO. | PLATE NO. | YR/STATE |
|---|---|---|---|---|
| Truck/ Tractor | | | | |
| Semi | | | | |
| Trailer | | | | |

| Axle Wgt | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Actual | | | | | | |
| Legal | | | | | | |
| Over | | | | | | |

| Axle Wgt | 7 | 8 | 9 | 10 | 11 | |
|---|---|---|---|---|---|---|
| Actual | | | | | | ☐ Transf |
| Legal | | | | | | ☐ Shifted |
| Over | | | | | | ☐ Equal. ☐ Proceed |

CHECK IF APPROPRIATE   ☐ Damage to Property   ☐ Local Court Bond $
☐ Veh. Imp. ☐ Traffic Crash ☐ Death ☐ Injury   ☐ License Posted in Lieu of Bond
Person in Active Military Service ☐ Yes ☐ No   Appearance Certificate ☐   None ☐
SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS.

☐ Appearance Date on or before
☐ Hearing Date (if applicable) on   ☑ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify)   ☐ Formal Hearing Required. (Court will Notify)

Court Address & Phone Number   33RD DISTRICT COURT - 1900 VAN HORN ROAD
WOODHAVEN, MI 48183 - (734) 671-0201

☑ I served a copy of the civil infraction complaint upon the defendant for owner consent by passing if applicable)
I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Officer's ID No. **4806**
Agency ORI **MI8083600**

Complainant's Signature and receipt if applicable   Month **7** Day **7** Year **23**

Officer's Name (printed) **KYLE DAVIS**   Agency Name **CITY OF WOODHAVEN**

CLC-01. Rev. 10/2'

Ticket No. **M 84435**
Name **DAVIS 23**
Case No. **4880**

☎ 586.772.8860 • E-mail: orders@metcam-inc.com   ☐ +