UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. PETERSON,

                Plaintiff,

v.

JOHN DOW, *et al.*,

                Defendants.

_____/

Civil Action No. 23-11401

David M. Lawson
United States District Judge

David R. Grand
United States Magistrate Judge

## ORDER DENYING PLAINTIFF'S SUPPLEMENTAL MOTION FOR SUBPOENAS (ECF No. 51)

In this civil rights case brought by *pro se* plaintiff Bradley Peterson ("Peterson") pursuant to 42 U.S.C. § 1983, Peterson sues numerous defendants connected to the City of Woodhaven related to tickets he was issued while protesting on City property. Pursuant to 28 U.S.C. § 636(b), all pretrial matters have been referred to the undersigned. (ECF No. 9).

Discovery in the case is ongoing, and on April 17, 2024, the Court issued an order denying a motion Peterson had filed in which he appeared to request that the Court issue subpoenas for individuals he plans to call as witnesses at trial. (ECF No. 50). As the Court explained, no trial is scheduled, and many of the "witnesses" Peterson identified in his motion appear to be individuals who are unlikely to possess factual information relevant to the claims in this case. (*Id.*). On April 18, 2024, Peterson filed a "supplemental motion" adding to the list of individuals for whom he sought subpoenas. (ECF No. 51). Specifically, Peterson lists "detective Dewezee" and "expert witness[] who can verify –

video – or records reports . . .″ (*Id.*).

For the same reasons discussed in the Court's April 17, 2024 Order, Peterson's instant motion **(ECF No. 51)** is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 18, 2024  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U. S. C. § 636(b)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 18, 2024.

s/Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager