UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY PETERSON,

          Plaintiff,                              Case Number 23-11401

v.                                                   Honorable David M. Lawson
                                                         Magistrate Judge David R. Grand

JOHN DOW, SGT. JACKSON,
A. SEMA, PATRICIA ODETTE, and
CITY OF WOODHAVEN,

          Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DISMISSING CASE

Presently before the Court is a report issued on November 18, 2024 by Magistrate Judge David R. Grand under 28 U.S.C. § 636(b) addressing the defendants' motion for summary judgment. In his report, Judge Grand recommended granting the defendants' motion, reasoning that the plaintiff failed to create a genuine dispute of material fact on some of his claims and that other claims were legally defective. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 59) is **ADOPTED** and the defendants' motion for summary judgment (ECF No. 54) is **GRANTED**, and

the plaintiff's claims against the City of Woodhaven, John Dow, Sgt. Jackson, A. Sema, and Patricia Odette are **DISMISSED with prejudice**.

                                                                                             s/David M. Lawson  
                                                                                            DAVID M. LAWSON  
                                                                                            United States District Judge

Dated:   December 4, 2024