UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY PETERSON,

          Plaintiff,

v.

JOHN DOW, SGT. JACKSON,
A. SEMA, PATRICIA ODETTE, JENNIFER C.
HESSON, WILLIAM URICH, CITY OF
WOODHAVEN, and STATE OF MICHIGAN

          Defendants.
_____/

Case Number 23-11401
Honorable David M. Lawson
Magistrate Judge David R. Grand

### ORDER VACATING ORDER ADOPTING REPORT AND RECOMMENDATION AND CORRESPONDING JUDGMENT AND GRANTING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR FILING OBJECTIONS TO THE REPORT AND RECOMMENDATION

On December 4, 2024, after receiving no timely objections, the Court adopted a report issued on November 18, 2024 by Magistrate Judge David R. Grand under 28 U.S.C. § 636(b) recommending that the Court grant defendants John Dow, Sgt. Jackson, A. Sema, Patricia Odette, and the City of Woodhaven's motion for summary judgment. The Court issued a corresponding judgment closing the case. On December 5, 2024, the Court received a motion filed by the plaintiff — apparently on December 4, 2024 — seeking an extension of time to raise objections to the report and recommendation. As justification, the plaintiff reports that he was assaulted while protesting in the City of Monroe on November 28, 2024, sustaining injuries to his right hand. Under the circumstances, the Court will vacate its order adopting the report and recommendation and dismissing the case, as well as the corresponding judgment. The Court will grant the plaintiff until December 20, 2024 to file objections to the report and recommendation of the magistrate judge.

Accordingly, it is **ORDERED** that the plaintiff's motion for an extension of time to file objections to the report and recommendation (ECF No. 62) is **GRANTED**. The order adopting the report and recommendation and the judgment issued on December 4, 2024 (ECF Nos. 60 & 61) are **VACATED**. If the plaintiff wishes to object to the report and recommendation, he must do so **on or before December 20, 2024.**

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated:   December 5, 2024